# SCHEDULE A

| SOUND RECORDINGS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| 6ix9ine | MALA (feat. Anuel AA) | SR0000878660 | TenThousand Projects Holdings LLC | Oakley | Luxottica Group S.p.A |
| A Boogie Wit da Hoodie | Timeless (feat. DJ SPINKING) | SR0000941591 | Atlantic Recording Corporation | Oakley | Luxottica Group S.p.A |
| A R I Z O N A | Where I Wanna Be | SR0001079827 | Atlantic Music Group LLC | Oakley | Luxottica Group S.p.A |
| Artemas | i like the way you kiss me | SR0001001470 | TenThousand Projects Holdings LLC | Oakley; Ray Ban | Luxottica Group S.p.A |
| Ava Max | Kings & Queens | SR0000875310 | Atlantic Music Group LLC | Sunglass Hut | Luxottica Group S.p.A |
| Aya Nakamura | Pookie | SR0000940758 | Warner Music International Services Limited | Oakley | Luxottica Group S.p.A |
| Black Sabbath | Iron Man (2014 Remaster) | Pre-1972 Sound Recording | Warner Records Inc. | Oakley | Luxottica Group S.p.A |
| Body Count | Evil D**k | SR0000141399 | Warner Records/SIRE Ventures LLC | Oakley | Luxottica Group S.p.A |
| Booker T. & the M.G.'s | Green Onions | Pre-1972 Sound Recording | Atlantic Recording Corporation | Oakley; Oliver Peoples | Luxottica Group S.p.A |
| Bruno Mars | Talking To The Moon | SR0000671062 | Elektra Entertainment Group Inc. | Oakley | Luxottica Group S.p.A |
| Bruno Mars | The Lazy Song | SR0000671062 | Elektra Entertainment Group Inc. | Oakley | Luxottica Group S.p.A |
| Bruno Mars, Anderson .Paak, Silk Sonic | Leave The Door Open | SR0000932365 | Atlantic Recording Corporation | Sunglass Hut | Luxottica Group S.p.A |
| Burna Boy | Cloak & Dagger (feat. J Hus) | SR0000936279 | Atlantic Recording Corporation | Ray-Ban | Luxottica Group S.p.A |
| Burna Boy | Vanilla | SR0000936279 | Atlantic Recording Corporation | Ray-Ban | Luxottica Group S.p.A |

| SOUND RECORDINGS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Busta Rhymes | Put Your Hands Where My Eyes Could See (feat. Jamal) | SR0000258724 | Elektra Entertainment Group Inc. | Ray-Ban | Luxottica Group S.p.A |
| Candi Staton | Young Hearts Run Free | N31271 | Warner Records Inc. | Sunglass Hut | Luxottica Group S.p.A |
| Cassie | Long Way 2 Go | SR0000394687 | Bad Boy Records LLC | Oakley | Luxottica Group S.p.A |
| Charli xcx | 365 | SR0001010063 | Atlantic Recording Corporation | Eye Buy Direct; Sunglass Hut | Luxottica Group S.p.A |
| Charli xcx | Used to Know Me | SR0000946356 | Warner Music International Services Limited | Ray Ban | Luxottica Group S.p.A |
| Charli xcx | Apple | SR0001010063 | Atlantic Recording Corporation | Sunglass Hut | Luxottica Group S.p.A |
| Charli xcx | party 4 u | SR0000904553 | Warner Music International Services Limited | Sunglass Hut | Luxottica Group S.p.A |
| Charli xcx & Lorde | Girl, so confusing featuring lorde | SR0001015809 / SR0001004530 | Atlantic Recording Corporation | Oliver Peoples | Luxottica Group S.p.A |
| Chase Atlantic | Swim | SR0000940321 | Warner Records Inc. | Oakley | Luxottica Group S.p.A |
| Cordae | RNP (feat. Anderson .Paak) | SR0000859685 | Atlantic Recording Corporation | Oakley | Luxottica Group S.p.A |
| Croixx | Higher | SR0001002880 | Elektra Entertainment LLC | Oakley | Luxottica Group S.p.A |
| CYRIL | Stumblin' In | SR0001005323 | Warner Music International Services Limited | Oakley | Luxottica Group S.p.A |
| Daisy Jones & The Six | Regret Me | SR0000952599 | Atlantic Recording Corporation | Oliver Peoples | Luxottica Group S.p.A |
| David Guetta | Memories (feat. Kid Cudi) | SR0000643286 / SR0000678038 | Warner Music International Services Limited | Oakley | Luxottica Group S.p.A |

| SOUND RECORDINGS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| David Guetta | Who's That Chick? (feat. Rihanna) | SR0000677456 | Warner Music International Services Limited | Ray Ban | Luxottica Group S.p.A |
| David Guetta | Play Hard (feat. Ne-Yo & Akon) | SR0000712148 | Warner Music International Services Limited | Sunglass Hut | Luxottica Group S.p.A |
| David Guetta & Bebe Rexha | I'm Good (Blue) | SR0000940861 | Warner Music International Services Limited | Oakley | Luxottica Group S.p.A |
| David Guetta x MORTEN | Dreams (feat. Lanie Gardner) | SR0001039933 | Warner Music International Services Limited | Oliver Peoples | Luxottica Group S.p.A |
| David Guetta, Martin Garrix and Brooks | Like I Do | SR0000963724 | Warner Music International Services Limited | Oakley | Luxottica Group S.p.A |
| Don Toliver | BANDIT | SR0001016169 | Atlantic Music Group LLC | Oakley | Luxottica Group S.p.A |
| Don Toliver | Embarrassed (feat. Travis Scott) | SR0000958677 | Atlantic Music Group LLC | Oakley | Luxottica Group S.p.A |
| Don Toliver | KRYPTONITE | SR0001016169 | Atlantic Music Group LLC | Oakley | Luxottica Group S.p.A |
| Don Toliver | No Pole | SR0000958677 | Atlantic Music Group LLC | Ray Ban | Luxottica Group S.p.A |
| Don Toliver | Private Landing (feat. Justin Bieber & Future) | SR0000958672 | Atlantic Music Group LLC | Ray Ban; Oakley | Luxottica Group S.p.A |
| Dua Lipa | Don't Start Now | SR0000864567 | Warner Music International Services Limited | Oakley | Luxottica Group S.p.A |
| Dua Lipa | Physical | SR0000870295 | Warner Music International Services Limited | Sunglass Hut | Luxottica Group S.p.A |

| SOUND RECORDINGS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Dua Lipa | Training Season | SR0000992293 | Warner Music International Services Limited | Sunglass Hut | Luxottica Group S.p.A |
| Echosmith | Cool Kids (Sped Up) | SR0000968318 | Warner Records Inc. | Eye Buy Direct; Oakley | Luxottica Group S.p.A |
| Eliza Rose & Interplanetary Criminal | B.O.T.A. (Baddest Of Them All) | SR0000940883 | Warner Music International Services Limited | Oakley | Luxottica Group S.p.A |
| En Vogue | Hold On | SR0000114457 / SR0000119142 | Atlantic Recording Corporation | Supreme | Chapter 4 Corp. |
| Famous Dex | PICK IT UP (feat. A$AP Rocky) | SR0000940655 | 300 Entertainment LLC | Oakley | Luxottica Group S.p.A |
| Fitz and The Tantrums | Out of My League | SR0000724442 | Elektra Entertainment LLC | Ray Ban; Sunglass Hut | Luxottica Group S.p.A |
| Fleetwood Mac | Everywhere (2002 Remaster) | SR0000080985 | Warner Records LLC | Oakley | Luxottica Group S.p.A |
| Fleetwood Mac | Dreams (2004 Remaster) | N39857 | Rhino Entertainment LLC | Oakley; Oliver Peoples | Luxottica Group S.p.A |
| Fred again.. & Anderson .Paak & CHIKA | places to be | SR0001060229 | Warner Music International Services Limited | Oakley | Luxottica Group S.p.A |
| Fred again.. x The Blessed Madonna | Marea (we've lost dancing) | SR0001064615 | Warner Music International Services Limited | Oakley | Luxottica Group S.p.A |
| Galantis & Dolly Parton | Faith (feat. Mr. Probz) | SR0000865201 | Atlantic Recording Corporation | Sunglass Hut | Luxottica Group S.p.A |
| Gerry Rafferty | Right Down the Line | SR0000000346 | Warner Music International Services Limited | Eye Buy Direct; Ray Ban; Sunglass Hut; Oliver Peoples | Luxottica Group S.p.A |

| SOUND RECORDINGS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Gesaffelstein | Aleph | SR0001080153 | Warner Music International Services Limited | Oakley | Luxottica Group S.p.A |
| Gorillaz & De La Soul | Feel Good Inc. | SR0000379134 / SRu000573812 | Warner Music International Services Limited | Sunglass Hut | Luxottica Group S.p.A |
| Green Day | Basket Case | SR0000185457 | Warner Records Inc. | Oakley | Luxottica Group S.p.A |
| Gunna | Helluva Price | SRu001319828 | 300 Entertainment LLC | Oakley | Luxottica Group S.p.A |
| Gunna | P power (feat. Drake) | SR0001047537 | 300 Entertainment LLC | Oakley | Luxottica Group S.p.A |
| Gunna | STREET SWEEPER (feat. Future) | SR0001079738 | 300 Entertainment LLC | Oakley | Luxottica Group S.p.A |
| Gunna | fukumean | SR0000967365 | 300 Entertainment LLC | Ray Ban; Oakley | Luxottica Group S.p.A |
| Gym Class Heroes | Cupid's Chokehold / Breakfast in America (Radio Mix) | SR0000968473 | Fueled by Ramen LLC | Sunglass Hut | Luxottica Group S.p.A |
| Hot Chocolate | Every 1's a Winner | SR0000010657 | Warner Music International Services Limited | Oliver Peoples | Luxottica Group S.p.A |
| Jack Harlow | First Class | SR0000927372 | Atlantic Recording Corporation | Oakley | Luxottica Group S.p.A |
| Jack Harlow | WHATS POPPIN (feat. DaBaby, Tory Lanez & Lil Wayne) [Remix] | SR0000877651 | Atlantic Recording Corporation | Oakley | Luxottica Group S.p.A |
| Jack Harlow | Lovin On Me | SR0000981290 | Atlantic Recording Corporation | Ray Ban; Oakley | Luxottica Group S.p.A |
| Jason Derulo | Whatcha Say | SR0000685175 | Warner Records Inc. | Oakley; Ray Ban | Luxottica Group S.p.A |
| Jaymes Young | Infinity | SR0000807341 | Atlantic Recording Corporation | Oakley | Luxottica Group S.p.A |

| SOUND RECORDINGS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Kaliii | Area Codes | SR0000959272 | Atlantic Recording Corporation | Ray Ban | Luxottica Group S.p.A |
| Kanii | I Know | SR0000957273 | Warner Records Inc. | Oakley | Luxottica Group S.p.A |
| Kanii & 9lives | Go (Xtayalive 2) [Sped Up] | SR0000963279 | Warner Records Inc. | Oakley | Luxottica Group S.p.A |
| KERIMKAAN | Attack | SR0001079696 | Warner Music International Services Limited | Oakley | Luxottica Group S.p.A |
| Kodak Black | Calling My Spirit | SR0000842174 | Atlantic Recording Corporation | Oakley | Luxottica Group S.p.A |
| LCD Soundsystem | Dance Yrself Clean | SR0000669897 | Warner Music International Services Limited | Oliver Peoples | Luxottica Group S.p.A |
| Led Zeppelin | Bring It on Home (Remaster) | Pre-1972 Sound Recording | Rhino Entertainment LLC | Oakley | Luxottica Group S.p.A |
| Led Zeppelin | Ramble On (Remaster) | Pre-1972 Sound Recording | Rhino Entertainment LLC | Oakley | Luxottica Group S.p.A |
| Lenny Kravitz | Life Ain't Ever Been Better Than It Is Now | SR0000694650 | Elektra Music Group Inc. | Ray Ban | Luxottica Group S.p.A |
| LF SYSTEM | Afraid To Feel | SR0000938530 | Warner Music International Services Limited | Sunglass Hut | Luxottica Group S.p.A |
| Liamsi | MON LOVE OHO | SR0001038406 | Warner Music International Services Limited | Oakley | Luxottica Group S.p.A |
| Lil Uzi Vert | 20 Min | SR0000819329 | Atlantic Recording Corporation | Oakley | Luxottica Group S.p.A |
| Lil Uzi Vert | Just Wanna Rock | SR0000944294 | Atlantic Recording Corporation | Oakley | Luxottica Group S.p.A |
| Lil Uzi Vert | The Way Life Goes (feat. Oh Wonder) | SR0000819329 | Atlantic Recording Corporation | Ray Ban | Luxottica Group S.p.A |

| SOUND RECORDINGS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Lil Uzi Vert & ARIZONATEARS | Watch This (ARIZONATEARS Pluggnb Remix) | SR0000961448 | Atlantic Recording Corporation | Oakley | Luxottica Group S.p.A |
| Lizzo | Good as Hell (BNDR Remix) | SR0000872489 | Atlantic Recording Corporation | Sunglass Hut | Luxottica Group S.p.A |
| Lupe Fiasco | Daydreamin' (feat. Jill Scott) | SR0000397510 | Atlantic Recording Corporation | Oakley | Luxottica Group S.p.A |
| Lykke Li | I Follow Rivers (The Magician Remix) | SR0000707746 | Warner Music International Services Limited | Oakley | Luxottica Group S.p.A |
| Mac Miller | Congratulations (feat. Bilal) | SR0000808461 | Warner Records Inc. | Ray Ban | Luxottica Group S.p.A |
| Madonna | Holiday (7" Version) [2022 Remaster] | SR0000046877 | Warner Records LLC | Ray Ban | Luxottica Group S.p.A |
| Madonna | Back That Up To The Beat (Demo Version) | SR0001067947 | Warner Records LLC | Ray Ban; Oakley | Luxottica Group S.p.A |
| Madonna vs. Sickick | Frozen | SR0000252818 | Warner Records Inc. | Oakley | Luxottica Group S.p.A |
| Mareux | The Perfect Girl (The Motion Retrowave Remix) | SR0000962186 | Warner Records Inc. | Sunglass Hut | Luxottica Group S.p.A |
| Mase | Feel so Good | SR0000238221 / SR0000252542 | Bad Boy Records LLC | Oakley | Luxottica Group S.p.A |
| Mc Shan | The Bridge | SR0000089537 | Warner Records Inc. | Supreme | Chapter 4 Corp. |
| Megan Thee Stallion & Dua Lipa | Sweetest Pie | SR0001031580 | 300 Entertainment LLC | Oakley | Luxottica Group S.p.A |
| Melanie Martinez | Play Date | SR0000794368 | Atlantic Recording Corporation | Oakley | Luxottica Group S.p.A |
| Michael Bublé | Feeling Good | SR0000370205 | Warner Records Inc. | Oliver Peoples | Luxottica Group S.p.A |
| Missy Elliott | Lose Control (feat. Ciara & Fat Man Scoop) | SR0000385300 | Atlantic Recording Corporation | Oakley | Luxottica Group S.p.A |

| SOUND RECORDINGS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Missy Elliott | Get Ur Freak On | SR0000297686 | Elektra Entertainment Group Inc. | Oakley | Luxottica Group S.p.A |
| Missy Elliott | Pass That Dutch | SR0000353593 | Elektra Entertainment Group Inc. | Sunglass Hut | Luxottica Group S.p.A |
| New Order | Blue Monday (2011 Total Version) | SR0000085362 | Warner Music International Services Limited | Sunglass Hut; Oliver Peoples; Costa | Luxottica Group S.p.A; Luxottica of America |
| Oliver Tree & Robin Schulz | Miss You (Bonus Track) | SR0000939376 | Atlantic Recording Corporation | Oakley | Luxottica Group S.p.A |
| Omar Apollo | Spite | SR0000997308 | Warner Records Inc. | Oliver Peoples | Luxottica Group S.p.A |
| Pet Shop Boys | West End Girls (2018 Remaster) | SR0000344590 | Warner Music International Services Limited | Oliver Peoples | Luxottica Group S.p.A |
| Phil Collins | You Can’t Hurry Love (2016 Remaster) | SR0000040198 | Atlantic Recording Corporation | Oakley | Luxottica Group S.p.A |
| Phillipa Soo, Lin-Manuel Miranda | That Would Be Enough | SR0000923673 | Atlantic Recording Corporation | Eye Buy Direct | Luxottica Group S.p.A |
| PinkPantheress & Ice Spice | Boy’s a liar Pt. 2 | SR0000954220 | Warner Music International Services Limited | Ray Ban; Sunglass Hut | Luxottica Group S.p.A |
| Ramones | Blitzkrieg Bop | SR0000000011 | Warner Records/SIRE Ventures LLC | Oakley | Luxottica Group S.p.A |
| Roddy Ricch | The Box | SR0000925337 | Atlantic Recording Corporation | Ray Ban; Oakley | Luxottica Group S.p.A |
| Rot Ken | 007 | SR0001080353 | TenThousand Projects Holdings LLC | Oakley | Luxottica Group S.p.A |
| Sam Austins | Seasons | SR0001042324 | Atlantic Recording Corporation | Oakley | Luxottica Group S.p.A |
| Sheila | Spacer | SR0000016691 | Warner Music International Services Limited | Oakley | Luxottica Group S.p.A |

| SOUND RECORDINGS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Starship | We Built This City | SR0000065899 | Rhino Entertainment Company | Oakley | Luxottica Group S.p.A |
| Sub Urban | Cradles | SR0000962278 | Warner Records Inc. | Oakley | Luxottica Group S.p.A |
| Surfaces | Sunday Best | SR0000870015 | TenThousand Projects Holdings LLC | Oakley | Luxottica Group S.p.A |
| Surfaces | Sunny Side Up | SR0001053273 | TenThousand Projects Holdings LLC | Oakley | Luxottica Group S.p.A |
| Television | Venus | N39823 | Elektra Entertainment Group Inc. | Oakley | Luxottica Group S.p.A |
| Terrence Parker | Something Here for the Club (Instrumental) | SR0001038759 | Warner Music Inc. | Oakley | Luxottica Group S.p.A |
| Terrence Parker | Somethin' Here | SR0000998352 | Warner Music Inc. | Oakley | Luxottica Group S.p.A |
| The Black Keys | Tighten Up | SR0000669071 | Nonesuch Records Inc. | Oakley | Luxottica Group S.p.A |
| The Black Keys | Wild Child | SR0000924281 | Nonesuch Records Inc. | Oakley | Luxottica Group S.p.A |
| The Flamingos | I Only Have Eyes for You | Pre-1972 Sound Recording | Rhino Entertainment Company | Oliver Peoples | Luxottica Group S.p.A |
| The Georgia Satellites | Keep Your Hands to Yourself | SR0000073198 | Elektra Entertainment Group Inc. | Oliver Peoples | Luxottica Group S.p.A |
| The Notorious B.I.G. | Big Poppa (2005 Remaster) | SR0000206849 / SR0000313014 | Bad Boy Records LLC | Oakley | Luxottica Group S.p.A |
| The Notorious B.I.G. | Gimme the Loot (2005 Remaster) | SR0000206849 / SR0000313014 | Bad Boy Records LLC | Oakley | Luxottica Group S.p.A |
| The Notorious B.I.G. | Going Back to Cali (2014 Remaster) | SR0000220411 / SR0000238217 | Bad Boy Records LLC | Oakley | Luxottica Group S.p.A |
| The Notorious B.I.G. | Juicy (2005 Remaster) | SR0000206849 / SR0000313014 | Bad Boy Records LLC | Oakley | Luxottica Group S.p.A |
| The Notorious B.I.G. | Mo Money Mo Problems (feat. Puff Daddy & Mase) [2014 Remaster] | SR0000220411 / SR0000238217 | Bad Boy Records LLC | Oakley | Luxottica Group S.p.A |

| SOUND RECORDINGS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| The Notorious B.I.G. | Ten Crack Commandments (2014 Remaster) | SR0000220411 / SR0000238217 | Bad Boy Records LLC | Oakley | Luxottica Group S.p.A |
| The Notorious B.I.G. | Unbelievable (2005 Remaster) | SR0000206849 / SR0000313014 | Bad Boy Records LLC | Oakley | Luxottica Group S.p.A |
| The Smiths | This Charming Man | SR0000053381 | Warner Music International Services Limited | Oliver Peoples | Luxottica Group S.p.A |
| Trippie Redd | Van Cleef Island | SR0001051697 | TenThousand Projects Holdings LLC | Oakley | Luxottica Group S.p.A |
| Trippie Redd, Playboi Carti | Miss The Rage | SR0000957396 | TenThousand Projects Holdings LLC | Oakley | Luxottica Group S.p.A |
| Turnstile | NEVER ENOUGH | SR0001033835 | Atlantic Recording Corporation | Oakley | Luxottica Group S.p.A |
| Van Halen | I’m the One (2015 Remaster) | SR0000000239 | Rhino Entertainment LLC | Oakley | Luxottica Group S.p.A |
| VINAI & SCNDL | Frontier (Extended Mix) | SR0001080337 | Warner Music International Services Limited | Oakley | Luxottica Group S.p.A |
| Young Stoner Life, Young Thug | Came and Saw (feat. Rowdy Rebel) | SR0001079800 | 300 Entertainment LLC | Oakley | Luxottica Group S.p.A |
| YoungBoy Never Broke Again | Right Foot Creep | SR0000893057 | Atlantic Music Group LLC | Oakley | Luxottica Group S.p.A |
| Zach Bryan | American Nights | SR0001021823 | Warner Records Inc. | Oakley | Luxottica Group S.p.A |
| Zach Bryan | Motorcycle Drive By | SR0000937397 | Warner Records Inc. | Oliver Peoples | Luxottica Group S.p.A |
| Zaz | La Vie en rose | SR0001073623 | Warner Music International Services Limited | Oakley | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| ¥$, Kanye West & Ty Dolla $ign | DO IT | PA0002493955 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| ¥$, Kanye West & Ty Dolla $ign | CARNIVAL | PA0002523340 | Warner-Tamerlane Publishing Corp. | Oakley; Ray-Ban | Luxottica Group S.p.A |
| 2 Chainz | It's A Vibe (feat. Ty Dolla $ign, Trey Songz & Jhené Aiko) | PA0002082426 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| 21 Savage | redrum | PA0002479511 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| 21 Savage, Offset & Metro Boomin | Ghostface Killers (feat. Travis Scott) | PA0002135776 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| 50 Cent | 21 Questions (feat. Nate Dogg) | PA0001147207 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| 50 Cent | Many Men (Wish Death) | PA0001147467 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| 50 Cent | P.I.M.P. - Snoop Dogg Remix | PA0001105184 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| A$AP Rocky | Tailor Swif | EU624762 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| A$AP Rocky | pray4dagang (feat. KayCyy) | PA0002595636 | W Chappell Music Corp. | Ray Ban | Luxottica Group S.p.A |
| Alain Delon | Comme au cinéma - Maxi | PA0002595583 | W Chappell Music Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Alex Lustig | Fade (feat. Sølv) - Slowed 2X | PA0002411715 | Warner-Tamerlane Publishing Corp. | Ray Ban | Luxottica Group S.p.A |
| Alina Baraz | Morocco (feat. 6LACK) [TroyBoi Remix] | PA0002252520 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Alok, Mondello'G, CERES & Tribbs | LET'S GET FKD UP | PA0002595581 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| ALON | ИУ (Я Ей, Она Мне) | PA0002595572 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Ariana Grande | positions | PA0002268903 | W Chappell Music Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Ariana Grande | Santa Tell Me | PA0001989833 / PA0002017706 | W Chappell Music Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Armani White | SILVER TOOTH. (with A$AP Ferg) | PA0002418002 | Warner Chappell Music, Inc. | Oakley | Luxottica Group S.p.A |
| Armani White | BILLIE EILISH. | PA0002417990 | Warner-Tamerlane Publishing Corp.; Warner Chappell Music, Inc. | Oakley | Luxottica Group S.p.A |
| Artemas | i like the way you kiss me | PA0002528786 | W Chappell Music Corp. | Ray Ban; Oakley | Luxottica Group S.p.A |
| Ava Max | Kings & Queens | PA0002241823 | Warner Chappell Music, Inc. | Sunglass Hut | Luxottica Group S.p.A |
| Bad Bunny | MONACO | PA0002475195 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Bad Bunny | WHERE SHE GOES | PA0002427710 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Bad Bunny | LA MuDANZA | PA0002516672 | Warner-Tamerlane Publishing Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Bad Meets Evil | Fast Lane | PA0001784194 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Bakar | Right Here, for Now | PA0002595585 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Bakar | Hell N Back (feat. Summer Walker) | PA0002474719 | W Chappell Music Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Beachcrimes & Tia Tia | Elevator | PA0002581077 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Beyoncé | Party (feat. André 3000) | PA0001761173 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Beyoncé | VIRGO'S GROOVE | PA0002375275 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Beyoncé | ALL UP IN YOUR MIND | PA0002375278 | W Chappell Music Corp. | Sunglass Hut; Ray Ban | Luxottica Group S.p.A |
| BIA | WE ON GO | PA0002595580 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Big Sean | I Don't Fuck With You (feat. E-40) | PA0001936572 | Warner Chappell Music, Inc.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Billy Idol | Eyes Without A Face | PA0000214885 / PA0000248893 | W Chappell Music Corp. | Ray Ban; Oakley | Luxottica Group S.p.A |
| Bishop Briggs | River | PA0002052535 | W Chappell Music Corp. | Sunglass Hut | Luxottica Group S.p.A |
| blink-182 | All The Small Things | PA0001062025 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Bobby Helms | Jingle Bell Rock (with The Anita Kerr Singers) | EP113915 / RE0000234391 | Warner Chappell Music, Inc. | Sunglass Hut | Luxottica Group S.p.A |
| BROCKHAMPTON | PALACE | PA0002595579 | Warner-Tamerlane Publishing Corp. | Ray Ban | Luxottica Group S.p.A |
| Bruno Mars | The Lazy Song | PA0001869989 | Warner Chappell Music, Inc. | Oakley | Luxottica Group S.p.A |
| Bruno Mars | Talking To The Moon | PA0001869984 | Warner-Tamerlane Publishing Corp.; Warner Chappell Music, Inc. | Oakley | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Bruno Mars, Anderson .Paak, Silk Sonic | Leave The Door Open | PA0002314161 | W Chappell Music Corp.; Warner Chappell Music, Inc. | Sunglass Hut | Luxottica Group S.p.A |
| Burna Boy | Vanilla | PA0002595577 | W Chappell Music Corp. | Ray Ban | Luxottica Group S.p.A |
| Cali Swag District | Teach Me How To Dougie | PA0001744864 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Calvin Harris | Feels (feat. Pharrell Williams, Katy Perry & Big Sean) | PA0002140971 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Calvin Harris | Giant (with Rag’n’Bone Man) | PA0002170273 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Calvin Harris | One Kiss (with Dua Lipa) | PA0002150084 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Calvin Harris | Miracle (with Ellie Goulding) | PA0002595576 | W Chappell Music Corp. | Sunglass Hut | Luxottica Group S.p.A |
| CamelPhat & Elderbrook | Cola | PA0002123001 | Warner-Tamerlane Publishing Corp. | Ray Ban; Sunglass Hut; Oakley | Luxottica Group S.p.A |
| Camila Cabello | I LUV IT (feat. Playboi Carti) | PA0002554411 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Carter Burwell | Bella's Lullaby | PA0002595575 | W Chappell Music Corp. | Eye Buy Direct | Luxottica Group S.p.A |
| cassö, RAYE & D-Block Europe | Prada | PA0002490235 | Warner-Tamerlane Publishing Corp. | Oakley; Sunglass Hut | Luxottica Group S.p.A |
| Chance the Rapper | No Problem (feat. Lil Wayne & 2 Chainz) | PA0002072831 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Charli xcx | Used to Know Me | PA0002369518 | Warner-Tamerlane Publishing Corp. | Ray Ban | Luxottica Group S.p.A |
| Chase & Status, Stormzy | BACKBONE | PA0002595574 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Chief Keef | Love Sosa | PA0001839363 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Chris Brown | No Guidance (feat. Drake) | PA0002239293 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Coolio & L.V. | Gangsta’s Paradise | PA0001221305 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Cordae | RNP (feat. Anderson .Paak) | PA0002319020 | Warner Chappell Music, Inc. | Oakley | Luxottica Group S.p.A |
| Da Buzz | Do You Want Me | PA0002595702 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| DaBaby | SHAKE SUMN | PA0002564167 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Dave & Central Cee | Sprinter | PA0002604726 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| David Guetta | Who’s That Chick? (feat. Rihanna) | PA0001982743 / PAU000946927 | W Chappell Music Corp. | Ray Ban | Luxottica Group S.p.A |
| DJ ESCO | Too Much Sauce (feat. Future & Lil Uzi Vert) | PA0002400946 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Doe Boy | PEP IN MY STEP | PA0002595700 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Doja Cat | Streets | PA0002498092 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Doja Cat | Vegas (From the Original Motion Picture Soundtrack ELVIS) | PA0002377114 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Don Toliver | Embarrassed (feat. Travis Scott) | PA0002408027 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Don Toliver | KRYPTONITE | PA0002522474 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Donna Summer | I Feel Love | EU791947 / RE0000909499 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Drake | 0 To 100 / The Catch Up | PA0001981715 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Drake | Knife Talk (with 21 Savage ft. Project Pat) | PA0002328062 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Drake | Look What You've Done | PA0001793878 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Drake | Jimmy Cooks (feat. 21 Savage) | PA0002391754 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Drake | Nonstop | PA0002228861 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Drake | Laugh Now Cry Later (feat. Lil Durk) | PA0002279935 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Drake | Way 2 Sexy (with Future & Young Thug) | PA0002327515 | Warner-Tamerlane Publishing Corp. | RayBan | Luxottica Group S.p.A |
| Drake & 21 Savage | Privileged Rappers | PA0002391756 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Drake & Central Cee | On The Radar Freestyle | PA0002580910 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Dua Lipa | Don't Start Now | PA0002266991 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Dua Lipa | Physical | PA0002266992 | W Chappell Music Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Dua Lipa | Training Season | PA0002540808 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Echosmith | Cool Kids (Sped Up) | PA0002385935 | W Chappell Music Corp. | Eye Buy Direct; Oakley | Luxottica Group S.p.A |
| Eliza Rose & Interplanetary Criminal | B.O.T.A. (Baddest Of Them All) | PA0002435734 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| EPMD | Da Joint | PA0000922193 | Unichappell Music Inc.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Faithless | Insomnia - Monster Mix | PA0000856220 / PA0000906696 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Fat Joe | What's Luv? (feat. Ja-Rule & Ashanti) | PA0001058257 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Fat Joe, Remy Ma & French Montana | All The Way Up (feat. Infared) | PA0002072843 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Father | Look at Wrist (feat. ILOVEMAKONNEN & Key!) | PA0002595699 | Warner-Tamerlane Publishing Corp. | Ray Ban | Luxottica Group S.p.A |
| Fergie | Fergalicious (feat. will.i.am) | PA0001652687 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Fish Go Deep & Tracey K | The Cure & The Cause - Sped Up House Version | PA0002383934 | Warner-Tamerlane Publishing Corp. | Sunglass Hut | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Fitz and The Tantrums | Out of My League | PA0002466459 | W Chappell Music Corp. | Ray Ban; Sunglass Hut | Luxottica Group S.p.A |
| Flo Milli | Never Lose Me | PA0002453520 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Frank Sinatra | Let It Snow! Let It Snow! Let It Snow! (with The B. Swanson Quartet) | EP136755 / R542523 / R560441 | W Chappell Music Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Fred again.. & Anderson .Paak & CHIKA | places to be | PA0002554324 | Warner-Tamerlane Publishing Corp.; Warner Chappell Music, Inc. | Oakley | Luxottica Group S.p.A |
| French Montana & Swae Lee | Unforgettable | PA0002099601 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Fugees & Ms. Lauryn Hill | Killing Me Softly With His Song | EU339027 / RE0000879477 | Warner-Tamerlane Publishing Corp. | Ray Ban; Oliver Peoples | Luxottica Group S.p.A |
| Future | LIL DEMON | PA0002595698 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Future | Low Life (feat. The Weeknd) | PA0002053118 | Warner-Tamerlane Publishing Corp. | Oakley; Ray Ban; Oliver Peoples | Luxottica Group S.p.A |
| Future | Mask Off | PA0002251307 | Warner-Tamerlane Publishing Corp. | Ray Ban; Oakley | Luxottica Group S.p.A |
| Future, Metro Boomin & Kendrick Lamar | Like That | PA0002307930 | Unichappell Music Inc.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Future, Metro Boomin, Travis Scott & Playboi Carti | Type Shit | PA0002486824 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| George Michael | Careless Whisper | PA0000219809 | W Chappell Music Corp.; Warner Chappell Music, Inc. | Eye Buy Direct; Ray Ban; Sunglass Hut | Luxottica Group S.p.A |
| Gesaffelstein & The Weeknd | Lost in the Fire | PA0002176025 | W Chappell Music Corp. | Oliver Peoples; Ray Ban | Luxottica Group S.p.A |
| Ginuwine | Pony | PA0000839501 | W Chappell Music Corp. | Costa | Luxottica of America |
| Girl On Couch & Billen Ted | Man In Finance (G6 Trust Fund) | PAu004304815 | Warner-Tamerlane Publishing Corp. | Ray Ban | Luxottica Group S.p.A |
| GloRilla | Wanna Be (with Megan Thee Stallion) - Extended | PA0002518278 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Gotye & Kimbra | Somebody That I Used To Know - Bibio Remix | PA0001785517 | Unichappell Music Inc. | Oakley | Luxottica Group S.p.A |
| Green Day | Basket Case | PA0000713967 | W.C.M. Music Corp. | Oakley | Luxottica Group S.p.A |
| Gunna | STREET SWEEPER (feat. Future) | PA0002264586 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Gunna | fukumean | PA0002595696 | W Chappell Music Corp. | Ray Ban; Oakley | Luxottica Group S.p.A |
| Haddaway | What Is Love | PA0000787854 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Harry James | It’s Been A Long, Long Time | EP134144 / R533781 / R537693 | W Chappell Music Corp. | Oliver Peoples | Luxottica Group S.p.A |
| HAVEN. & Kaitlin Aragon | I Run | PA0002592784 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| House Of Pain | Jump Around | PA0001719145 / PA0001397762 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Ice Spice | In Ha Mood | PA0002447793 | Warner-Tamerlane Publishing Corp. | Ray Ban | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Ice Spice & Central Cee | Did It First | PA0002580932 | Warner-Tamerlane Publishing Corp. | Oakley; Ray Ban | Luxottica Group S.p.A |
| Imagine Dragons | Nice to Meet You | PA0002499323 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Sunglass Hut | Luxottica Group S.p.A |
| J Balvin & Skrillex | In Da Getto | PA0002321922 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Jack Harlow | First Class | PA0002355942 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Jack Harlow | WHATS POPPIN (feat. DaBaby, Tory Lanez & Lil Wayne) [Remix] | PA0002405018 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Jack Harlow | Lovin On Me | PA0002478062 | Warner-Tamerlane Publishing Corp. | Ray Ban; Oakley | Luxottica Group S.p.A |
| Jaymes Young | Infinity | PA0002496164 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Jay-Z, Kanye West, Rihanna | Run This Town | PA0002471726 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Jeanette "Lady" Day | Come Let Me Love You | PA0000119821 | Warner-Tamerlane Publishing Corp. | Sunglass Hut | Luxottica Group S.p.A |
| JID | Surround Sound (feat. 21 Savage & Baby Tate) | PA0002349252 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley; Sunglass Hut | Luxottica Group S.p.A |
| Jorja Smith, OBOY | Come Over (Remix) | PA0002389432 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Justin Bieber | Peaches (feat. Daniel Caesar & GIVĒON) | PA0002296756 | Warner-Tamerlane Publishing Corp. | Oakley; Ray Ban | Luxottica Group S.p.A |
| Justin Timberlake | Rock Your Body | PA0001133266 | Warner Chappell Music, Inc. | Oakley | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Justin Timberlake | No Angels | PA0002478513 | W Chappell Music Corp. | Oliver Peoples | Luxottica Group S.p.A |
| K CAMP | Lottery (Renegade) | PA0002196412 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| K CAMP | What’s On Your Mind (feat. Jacquees) | PA0002504860 | Warner-Tamerlane Publishing Corp. | Ray Ban | Luxottica Group S.p.A |
| Kaliii | Area Codes | PA0002490149 | Warner-Tamerlane Publishing Corp. | Ray Ban | Luxottica Group S.p.A |
| Kanye West | POWER | PA0001866095 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Kanye West | Praise God | PA0002370856 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Kanye West | Runaway (feat. Pusha T) | PA0001760669 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Kanye West, Jamie Foxx | Gold Digger | PA0001299043 | Unichappell Music Inc. | Ray Ban | Luxottica Group S.p.A |
| Kanye West, PARTYNEXTDOOR | Ghost Town | PA0002225853 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Katy Perry | Last Friday Night (T.G.I.F.) | PA0001711655 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Katy Perry | Harleys In Hawaii | PA0002241887 | W Chappell Music Corp. | Ray Ban | Luxottica Group S.p.A |
| Kendrick Lamar | DNA. | PA0002097036 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Kendrick Lamar | HUMBLE. | PA0002370036 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Kendrick Lamar | Not Like Us | PA0002540832 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Kendrick Lamar | peekaboo (feat. AzChike) | PA0002533717 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Kendrick Lamar | tv off (feat. lefty gunplay) | PA0002519978 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Kendrick Lamar | LOVE. FEAT. ZACARI. | PA0002085589 | Warner-Tamerlane Publishing Corp. | Oakley; Ray Ban | Luxottica Group S.p.A |
| Kendrick Lamar, Dr. Dre | The Recipe - Bonus Track | PA0001871258 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Kendrick Lamar, Jay Rock | Money Trees | PA0001871263 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Key Glock | Ambition For Cash | PA0002496181 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| KISS | Detroit Rock City | EU701847 / RE0000891523 | Intersong U.S.A., Inc. | Oakley | Luxottica Group S.p.A |
| Kodak Black | Calling My Spirit | PA0002174884 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Kool & The Gang | Celebration | PAu000321956 / PA000411606 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Kool & The Gang | Get Down On It | PA0000119689 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Kool & The Gang | Summer Madness | EP329126 / PA0000845531 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Lady Gaga | Government Hooker | PA0001757746 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Lady Gaga | Bloody Mary | PA0001757746 | Warner-Tamerlane Publishing Corp. | Oakley; Sunglass Hut | Luxottica Group S.p.A |
| Led Zeppelin | Bring It on Home (Remaster) | EU144291 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Led Zeppelin | Ramble On (Remaster) | EP267883 / RE0000767442 / EU144292 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Lesley Gore | You Don’t Own Me | EU797176 / RE0000525789 | Warner-Tamerlane Publishing Corp. | Oliver Peoples | Luxottica Group S.p.A |
| LF SYSTEM | Afraid To Feel | PA0002528787 | Warner-Tamerlane Publishing Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Liamsi | MON LOVE OHO | PA0002587470 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Lil Nas X | INDUSTRY BABY (feat. Jack Harlow) | PA0002370565 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Lil Uzi Vert | 20 Min | PA0002604727 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Lil Uzi Vert | Just Wanna Rock | PA0002398202 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Lil Uzi Vert | The Way Life Goes (feat. Oh Wonder) | PA0002117903 | W Chappell Music Corp. | Ray Ban | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Lil Uzi Vert & ARIZONATEARS | Watch This (ARIZONATEARS Pluggnb Remix) | PA0002418658 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Lil Wayne | A Milli - SIDEPIECE Remix | PA0001651821 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Lil Wayne | Love Me (feat. Drake & Future) | PA0001842295 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Ray Ban; Oakley | Luxottica Group S.p.A |
| Lil Wayne | She Will (feat. Drake) | PA0001807232 | Warner-Tamerlane Publishing Corp. | Ray Ban; Oakley | Luxottica Group S.p.A |
| Lipps Inc. | Funkytown | PAu000151074 / PA000074417 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Lizzo | Good as Hell (BNDR Remix) | PA0002308252 | Warner-Tamerlane Publishing Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Los Del Rio | Macarena | PA0000823060 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Luniz, Michael Marshall | I Got 5 On It | PA0000801766 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| M4IA | Brasil | PA0002595874 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Mac Miller | Congratulations (feat. Bilal) | PA0002085229 | Warner-Tamerlane Publishing Corp. | Ray Ban | Luxottica Group S.p.A |
| Madonna | Back That Up To The Beat (Demo Version) | PA0002435684 | W Chappell Music Corp. | Ray Ban; Oakley | Luxottica Group S.p.A |
| Madonna vs. Sickick | Frozen | PA0000893370 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Mariah Carey | Fantasy | PA0000795299 | W Chappell Music Corp. | Oakley; Sunglass Hut | Luxottica Group S.p.A |
| Mariah Carey | It's A Wrap | PA0001677847 | Unichappell Music Inc. | Ray Ban | Luxottica Group S.p.A |
| Mariah Carey | Obsessed | PA0001677862 | W Chappell Music Corp. | Ray Ban | Luxottica Group S.p.A |
| Martin Garrix | Summer Days (feat. Macklemore & Patrick Stump of Fall Out Boy) | PA0002197113 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Mase | Feel so Good | PA0000900852 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Megadeth | Symphony Of Destruction | PA0000614161 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Megan Thee Stallion & Dua Lipa | Sweetest Pie | PA0002352636 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Meghan Trainor | Mother | PA0002437858 | Warner-Tamerlane Publishing Corp. | Oliver Peoples | Luxottica Group S.p.A |
| Melanie Martinez | Play Date | PA0001996542 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Metro Boomin | Trance (with Travis Scott & Young Thug) | PA0002490221 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Michael Jackson | Rock With You | PA0000047557 | W Chappell Music Corp. | Sunglass Hut; Oakley | Luxottica Group S.p.A |
| Migos | Straightenin | PA0002327933 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Migos | Walk It Talk It (feat. Drake) | PA0002145369 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Mila J | Kickin' Back | PA0002042829 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Miley Cyrus | Flowers | PA0002398498 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Ray Ban | Luxottica Group S.p.A |
| Missy Elliott | Get Ur Freak On | PA0001146413 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Missy Elliott | Pass That Dutch | PA0001285856 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Moneybagg Yo | WHISKEY WHISKEY (feat. Morgan Wallen) | PA0002518742 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Costa | Luxottica of America |
| Montell Jordan, Wino | This Is How We Do It | PA0000785625 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Muni Long | Made For Me | PA0002474725 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Myke Towers | LALA | PA0002478935 | W Chappell Music Corp. | Ray Ban | Luxottica Group S.p.A |
| Natalie Cole | This Will Be (An Everlasting Love) | EU589523 / EP343255 / RE0000875459 | Warner Chappell Music, Inc. | Ray Ban | Luxottica Group S.p.A |
| Nipsey Hussle | Picture Me Rollin' | PA0002595695 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Offset | Clout (feat. Cardi B) | PA0002291820 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Ray Ban | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Oliver Tree & Robin Schulz | Miss You (Bonus Track) | PA0002490231 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Omarion | Touch | PA0001160867 | Warner Chappell Music, Inc. | Sunglass Hut | Luxottica Group S.p.A |
| PARTYNEXTDOOR | Her Way - Sped Up | PA0001918607 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| PARTYNEXTDOOR | Make It To The Morning | PA0002595688 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Ray Ban | Luxottica Group S.p.A |
| Patrice Rushen | Forget Me Nots | PA0000225868 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Percy Faith & His Orchestra | The Theme from "A Summer Place" | PA0000080495 / EP134300 | W Chappell Music Corp. | Oakley; Seen; Oliver Peoples | Luxottica Group S.p.A |
| Pharrell Williams | Frontin’ (feat. JAY-Z) - Radio Mix | PA0001131605 | Warner Chappell Music, Inc. | Sunglass Hut | Luxottica Group S.p.A |
| PinkPantheress & Ice Spice | Boy’s a liar Pt. 2 | PA0002436037 | Warner-Tamerlane Publishing Corp. | Ray Ban; Sunglass Hut | Luxottica Group S.p.A |
| Pitbull | Hotel Room Service | PA0001677761 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Playboi Carti | HBA | PA0002530627 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Playboi Carti | LIKE WHEEZY | PA0002576338 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Playboi Carti | On That Time | PA0002595693 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Pop Smoke | Creature (feat. Swae Lee) | PA0002308961 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Post Malone | Motley Crew | PA0002341899 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Post Malone | Congratulations (feat. Quavo) | PA0002081028 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Radiohead | Karma Police | PA0002540858 | W Chappell Music Corp. | Oliver Peoples | Luxottica Group S.p.A |
| Ralph Castelli | Morning Sex | PA0002394626 | W Chappell Music Corp. | Oliver Peoples | Luxottica Group S.p.A |
| Ramin Djawadi | Runaway | PA0001760669 | Warner-Tamerlane Publishing Corp. | Costa | Luxottica of America |
| Ramones | Blitzkrieg Bop | EU832779 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Ramz | Barking | PA0002348504 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| RAYE, 070 Shake | Escapism. (sped up) | PA0002529025 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Rich Gang, Lil Wayne, Birdman, Mack Maine, Nicki Minaj, Future | Tapout | PA0001976125 | Warner-Tamerlane Publishing Corp. | Ray Ban | Luxottica Group S.p.A |
| Rick Ross | Hustlin’ | PA0001334589 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Rihanna | Where Have You Been | PA0001801575 | Unichappell Music Inc. | Oakley | Luxottica Group S.p.A |
| Rihanna | Desperado | PA0002018677 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Rihanna, Drake | Work | PA0002018068 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Roddy Ricch | The Box | PA0002246240 | Warner-Tamerlane Publishing Corp. | Ray Ban; Oakley | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Rot Ken | 007 | PA0002595692 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Sabrina Carpenter | Espresso | PA0002468286 | W Chappell Music Corp. | Sunglass Hut; Oakley | Luxottica Group S.p.A |
| Sam Smith | Unholy (feat. Kim Petras) | PA0002381391 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Sunglass Hut | Luxottica Group S.p.A |
| SAYGRACE | You Don't Own Me (feat. G-Eazy) | EU797176 / RE0000525789 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Seeb, Nina Nesbitt | Sweet Dreams & Dynamite - Acoustic | PA0002595690 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Selena Gomez | Hands To Myself | PA0002020893 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Eye Buy Direct | Luxottica Group S.p.A |
| Selena Gomez | Love On | PA0002476039 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oliver Peoples | Luxottica Group S.p.A |
| Selena Gomez & benny blanco | Bluest Flame | PA0002571915 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Sevdaliza | Alibi (with Pabllo Vittar & Yseult) | PA0002596654 | W Chappell Music Corp. | Oakley; Sunglass Hut | Luxottica Group S.p.A |
| Sexyy Red | SkeeYee | PA0002466578 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Sheila | Spacer | PA0000058999 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Sigala & Ella Eyre | Came Here for Love | PA0002554283 | Warner-Tamerlane Publishing Corp. | Sunglass Hut | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Snoh Aalegra | Nothing Burns Like The Cold (feat. Vince Staples) | PA0002552905 | Warner-Tamerlane Publishing Corp. | Oakley;<br>Oliver Peoples:<br>Ray Ban;<br>Sunglass Hut | Luxottica Group S.p.A |
| Snoop Dogg, Pharrell Williams, & Uncle Charlie Wilson | Beautiful | PA0001104952 | Warner Chappell Music, Inc. | Oakley | Luxottica Group S.p.A |
| Soulja Boy | Crank That (Soulja Boy) | PA0001395340 / PA0001612987 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Steve Aoki, Daddy Yankee, Play-N-Skillz, Elvis Crespo | Azukita | PA0002129424 | W Chappell Music Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Stormzy, Black Sherif, Amaarae, Ms Banks, STORRY | This Is What I Mean | PA0002596393 | W Chappell Music Corp.;<br>Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Survivor | Eye of the Tiger | PAu000398752 / PA0000141854 / PA0000148257 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Suzanne Vega, DNA | Tom’s Diner | PA0000330888 / PA0000497749 | W Chappell Music Corp. | Oliver Peoples | Luxottica Group S.p.A |
| SZA | Good Days | PA0002333973 | Warner-Tamerlane Publishing Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Tao Mon Amour | Plage Coquillage (First Kiss Song) | PA0002604728 | W Chappell Music Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Tate McRae | greedy | PA0002471518 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Taylor Swift | You Belong With Me | PA0001616080 | Warner-Tamerlane Publishing Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Terror Squad | Lean Back (feat. Fat Joe & Remy) | PA0001271025 | Warner-Tamerlane Publishing Corp. | Costa | Luxottica of America |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| The Chainsmokers & Halsey | Closer | PA0002065177 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| The Cranberries | Linger | PA0000608834 | Warner-Tamerlane Publishing Corp. | Oliver Peoples | Luxottica Group S.p.A |
| The Flamingos | I Only Have Eyes for You | EP42238 / R276816 | W Chappell Music Corp. | Oliver Peoples | Luxottica Group S.p.A |
| The Georgia Satellites | Keep Your Hands to Yourself | PA0000304742 | Warner-Tamerlane Publishing Corp. | Oliver Peoples | Luxottica Group S.p.A |
| The Guess Who | These Eyes | EFO138549 / RE0000755574 | Warner-Tamerlane Publishing Corp. | Supreme | Chapter 4 Corp. |
| The Neighbourhood | Softcore | PA0002553656 | Warner-Tamerlane Publishing Corp. | Ray Ban | Luxottica Group S.p.A |
| The Notorious B.I.G. | Mo Money Mo Problems (feat. Puff Daddy & Mase) [2014 Remaster] | PA0000844859 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| The Smiths | This Charming Man | PA0000218134 / PA0000243218 | Warner-Tamerlane Publishing Corp. | Oliver Peoples | Luxottica Group S.p.A |
| The Sundays | Summertime | PA0000816039 | Warner-Tamerlane Publishing Corp. | Sunglass Hut | Luxottica Group S.p.A |
| The Ting Tings | That's Not My Name | PA0001788795 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| The Weeknd | The Hills | PA0001986818 / PA0001398369 | W Chappell Music Corp. | Ray Ban | Luxottica Group S.p.A |
| The Weeknd | After Hours | PA0002282138 | W Chappell Music Corp. | Ray Ban; Oakley; Sunglass Hut | Luxottica Group S.p.A |
| Tiësto & Sevenn | BOOM (feat. Gucci Mane) | PA0002598524 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Tokischa, Anuel AA, Ñengo Flow | Delincuente | PA0002552872 | Warner-Tamerlane Publishing Corp. | Ray Ban | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Tom Odell | Another Love | PA0001898421 | W Chappell Music Corp. | Ray Ban; Oakley | Luxottica Group S.p.A |
| Too $hort | Getting' It (feat. Parliament-Funkadelic) | PA0000943327 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Tove Lo | Habits (Stay High) - Hippie Sabotage Remix | PA0002490237 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Travis Scott | goosebumps | PA0002078529 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Travis Scott | sdp interlude | PA0002083138 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Travis Scott | KICK OUT | PA0002596769 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Travis Scott | 4X4 | PA0002521976 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Travis Scott | FRANCHISE (feat. Young Thug & M.I.A.) | PA0002269322 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Travis Scott | Nightcrawler (feat. Swae Lee & Chief Keef) | PA0002049666 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Travis Scott | SICKO MODE | PA0002235722 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Trueno | DANCE CRIP | PA0002595884 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Two Feet | Go Fuck Yourself | PA0002435675 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |

| MUSICAL COMPOSITIONS | | | | | |
|---|---|---|---|---|---|
| **Artist** | **Work Title** | **Registration No.** | **Plaintiff(s)** | **Infringing Brand** | **Infringing Company** |
| Tyla | Truth or Dare | PA0002469016 | Warner-Tamerlane Publishing Corp. | Sunglass Hut | Luxottica Group S.p.A |
| Vanilla Ice | Ice Ice Baby | PA0001048615 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| VINAI & SCNDL | Frontier (Extended Mix) | PA0002597200 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| warner case, Jean Tonique & Max Kaluza | Summer on the Inside | PA0002540847 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Wham! | Last Christmas | PA0000296385 | Warner Chappell Music, Inc. | Ray Ban; Sunglass Hut | Luxottica Group S.p.A |
| will.i.am | Scream & Shout (feat. Britney Spears) | PA0001835737 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Yeat | If We Being Rëal | PA0002595881 | W Chappell Music Corp.; Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| YG Marley | Praise Jah In the Moonlight | PA0002554894 | W Chappell Music Corp. | Oakley | Luxottica Group S.p.A |
| Young Stoner Life, Young Thug | Came and Saw (feat. Rowdy Rebel) | PA0002336241 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Yung Gravy | Betty (Get Money) | PA0002584686 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Zach Bryan | American Nights | PA0002530434 | Warner-Tamerlane Publishing Corp. | Oakley | Luxottica Group S.p.A |
| Zach Bryan | Motorcycle Drive By | PA0002393731 | Warner-Tamerlane Publishing Corp. | Oliver Peoples | Luxottica Group S.p.A |